United States Court of Appeals
Fifth Circuit

**F I L E D**

August 18, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-10614
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RALPH DIXON,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:02-CR-287-3-L
--------------------

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Ralph Dixon has moved for leave
to withdraw and has filed a brief in accordance with Anders v.
California, 386 U.S. 738 (1967).  Dixon was notified of counsel's
motion and did not file a response.

     Our independent review of the brief and the record discloses
no nonfrivolous issues for appeal.  The record has not been
adequately developed to consider ineffective-assistance-of-
counsel claims on direct appeal.  See United States v. Brewster,
137 F.3d 853, 859 (5th Cir. 1998).  Accordingly, counsel's motion

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.